USDC SCAN INDEX SHEET










```
SWD     8/29/05    10:01
3:05-CV-01688    ROBINSON V. ADVANCED DECOY
*1*
*CMP.*
```

JOHN L. HALLER (SBN: 61392)
CHARLES V. BERWANGER (SBN: 47282)
SUSAN B. MEYER (SBN: 204931)
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Plaintiffs
RANDALL W. ROBINSON

05 AUG 26 PM 2: 46

SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'05 CV 1688 (T.) (NLS)

| | |
|---|---|
| RANDALL W. ROBINSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED DECOY RESEARCH, INC., a Tennessee corporation,<br><br>Defendant. | CASE NO.<br><br>**COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION AND FOR DAMAGES FOR PATENT INFRINGEMENT, CONTRIBUTORY INFRINGEMENT AND INDUCEMENT TO INFRINGE**<br><br>***Demand for Jury Trial*** |

Plaintiff RANDALL W. ROBINSON (hereinafter "RANDY") for his complaint against Defendant ADVANCED DECOY RESEARCH, INC. (hereinafter "DECOY") and hereby alleges as follows:

I.

**JURISDICTION**

1. This is a civil action for patent infringement, contributory infringement and inducement to infringe which arises under the Patent Laws of the United States namely Title 35 of the United States Code and this Court has jurisdiction under 28 U.S.C. §§ 1331, and 1338(a).

II.

**VENUE**

2. RANDY is informed and believes that this Court is the proper venue under 28

-1-

COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION AND FOR DAMAGES FOR PATENT
INFRINGEMENT, CONTRIBUTORY INFRINGEMENT AND INDUCEMENT TO INFRINGE

1  U.S.C. §§ 1391(b), (c) and § 1400 because Defendant DECOY is subject to personal jurisdiction
2  in this judicial district, the products of the infringing activities, as alleged herein are advertised
3  and sold within this judicial district, DECOY is doing business in this judicial district, and
4  DECOY sells the infringing product over its internet website in this judicial district.

## III.

## THE PARTIES

4.  Plaintiff RANDY is an individual, residing in the County of San Francisco, State of California.

5.  Upon information and belief, Defendant DECOY is a Tennessee corporation, with a principal place of business in Bolivar, Tennessee.

## IV.

## COUNT 1

## PATENT INFRINGEMENT

6.  RANDY realleges the allegations of the foregoing Paragraphs 1 through 5, and incorporates allegations herein by reference as though fully set forth.

7.  On June 5, 1990, United States Letters Patent No. 4,930,448 ("the '448 patent") entitled Animal Toy issued to inventor Randall W. Robinson. RANDY is the owner of the '448 patent and enjoy all rights, title and interest in and to said '448 patent.

8.  The '448 patent relates to, among other things, a method of amusing pets by seating a base on a ground surface and suspending a toy from the end of a member rotateably mounted in the base and driving the member to move the toy around the base.

9.  RANDY is informed and believes and on that basis alleges that by the sale of product, including but not limited to the Mini-Supreme-Extreme hunting decoy, by DECOY has and continues to directly infringe, contributory infringement and/or induced others to infringe the '448 patent by practicing the patented invention, selling components which have no substantial non-infringing use and/or knowingly teaching others to practice the patented invention.

10. RANDY is informed and believes that DECOY's infringement is willful, malicious and without regard to the rights of RANDY.

-2-
COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION AND FOR DAMAGES FOR PATENT
INFRINGEMENT, CONTRIBUTORY INFRINGEMENT AND INDUCEMENT TO INFRINGE

1. 11.  RANDY is further informed and believes that DECOY's infringement will continue unless enjoined by this Court.

## V.

## **PRAYER**

WHEREFORE, RANDY prays the Court for the following relief:

1. That DECOY, its subsidiaries, affiliates, parents, successors, assigns, officers, agents, servants, employees, attorneys, and all persons acting in concert or in participation with them, or any of them, be preliminarily enjoined during the pendency of this action, and permanently enjoined thereafter from infringing, contributing to the infringement of, and inducing infringement of the '448 patent and specifically from directly or indirectly making, using, marketing, advertising, offering for sale, or selling and distributing devices embodying the invention of the '448 patent during the life of the '448 patent without express written authority of RANDY.  That DECOY be ordered to deliver to RANDY for destruction at RANDY's option, its entire inventory of products that infringe the '448 patent;

2. That DECOY be directed to fully compensate RANDY for all damages attributable to DECOY's infringement of '448 patent in an amount according to proof at trial, but not less than a reasonable royalty;

3. An award of attorneys' fees, interest and costs.

Dated: August 26, 2005

GORDON & REES LLP

By: /s/ John L. Haller
John L. Haller
Attorneys For Plaintiff
RANDALL W. ROBINSON

-3-
COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION AND FOR DAMAGES FOR PATENT INFRINGEMENT, CONTRIBUTORY INFRINGEMENT AND INDUCEMENT TO INFRINGE

1  DEMAND FOR JURY TRIAL

2  Plaintiff hereby demands trial by jury of every issue that is triable by jury.

3
4  Dated: August 26, 2005                          GORDON & REES LLP

5
6  By: /s/ John L. Haller
    John L. Haller
7  Attorneys For Plaintiff
    RANDALL W. ROBINSON

*Gordon & Rees LLP*
*101 West Broadway*
*Suite 1600*
*San Diego, CA 92101*

BRROB\1034927\288689.1

-4-

COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION AND FOR DAMAGES FOR PATENT INFRINGEMENT, CONTRIBUTORY INFRINGEMENT AND INDUCEMENT TO INFRINGE

AO 120 (Rev.3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br>05CV1688 | DATE FILED<br>8/26/05 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br>Robinson | | DEFENDANT<br>Advanced Decoy Research Inc |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  4,930,448 | 6/5/90 | Randall W. Robinson |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Director       Copy 3 - Upon termination of action, mail this copy to Director
Copy 2 - Upon filing document adding patent(s), mail this copy to Director       Copy 4 - Case file copy

**JS 44**
(Rev. 07/89)

# CIVIL COVER SHEET

**ORIGINAL**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**
RANDALL W. ROBINSON, an individual

**DEFENDANTS**
ADVANCED DECOY RESEARCH, INC., a Tennessee corporation

05 AUG 26 PM 2:46

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** SAN FRANCISCO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
GORDON & REES LLP
101 WEST BROADWAY
SUITE 1600
SAN DIEGO, CA 92101
619-696-6700

ATTORNEYS (IF KNOWN)

'05 CV 1688 BTM (NLS)

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
PATENT INFRINGEMENT

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury - Medical Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| 120 Marine | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | PERSONAL PROPERTY | 640 R.R. & Truck | [X] 830 Patent | 460 Deportation |
| 151 Medicare Act | 345 Marine Product Liability | 370 Other Fraud | 650 Airline Regs. | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 350 Motor Vehicle | 371 Truth in Lending | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 360 Other Personal Injury | 385 Property Damage Product Liability | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | | | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motion to Vacate Sentence | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | HABEAS CORPUS: | 790 Other Labor Litigation | 670 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ equitable relief and in excess of $75,000 in damages
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ Docket Number _____

DATE: AUGUST 26, 2005

SIGNATURE OF ATTORNEY OF RECORD: /s/ John L. Haller

JOHN L. HALLER, ESQ.
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

::ODMA\PCDOCS\WORDPERFECT\22810\1 January 24, 2000 (3:10pm)

# 116664  $250.00  ✓ 8/26/05