# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

RANDALL W. ROBINSON,

Plaintiff,

vs.

ADVANCED DECOY RESEARCH INC., ET. AL. ,

Defendants.

CASE NO. 05CV1688 BTM (CAB)

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

Defendants have filed a motion to dismiss this case with prejudice on the ground that plaintiff Randall Robinson is deceased and no motion to substitute a new party has been filed within the required time period.  Defendants further request that the Court retain jurisdiction to consider a motion for sanctions against John Haller and his law firm, Gordon & Rees for their conduct while acting as attorneys for the deceased plaintiff.[1]

The Court has considered the briefs filed by Defendants and Haller and rules as follows:

(1) Plaintiff is deceased and his possible successors have been served with a Suggestion of Death.  Because no one has filed a motion to substitute or made any other indication of wishing to continue this action, the Court orders that this action is DISMISSED with prejudice.

---

[1]    Defendants have withdrawn their original request for the Court to enter judgment on patent invalidity.

1    (2) As indicated on the record at the July 22, 2008 status conference, the Court retains

2  jurisdiction to consider a motion for sanctions against Haller and Gordon & Rees.  See

3  Cooter & Gell v. Hartmarx Corp., 496 U.S. 384 (1990)(federal courts may consider collateral

4  issues such as sanctions after an action is no longer pending).

5

6  IT IS SO ORDERED.

7  DATED:  September 19, 2008

8

9                                                          Honorable Barry Ted Moskowitz
                                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2