AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Randall W Robinson

**V.**

Advanced Decoy Research, Incorporated, George
Brint, Panic Mouse, Inc.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**    05cv1688-BTM(CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried
and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been
tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendants' motion to dismiss this case with prejudice is granted. . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| September 23, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/V.Trujillo |
| | (By) Deputy Clerk |
| | ENTERED ON September 23, 2008 |